William H. Keim, Respondent, v. Ralph Neuman, Defendant, Impleaded

54

with JOHN H. GORDON, Appellant. JENNIE E. KEIM, by WILLIAM H. KEIM, Her Guardian ad Litem, Respondent, v. RALPH NEUMAN, Defendant, Impleaded with JOHN H. GORDON, Appellant.— Judgments and orders as to the defendant Gordon reversed on the law and new trial granted, with costs to said Gordon to abide the event, on the ground of error in permitting the jury to find that a driveway opposite the place of the accident was a public highway, and to predicate negligence on the failure of the driver of the automobile to slow down the same and to signal because of said driveway. All concur.